**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Sonny Lavoris MACK, Defendant— Appellant.**

**No. 12–6198.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 26, 2012.

Sonny Lavoris Mack, Appellant Pro Se. Carrie Fisher Sherard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sonny Lavoris Mack appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2011) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mack v. United States,* No. 4:08–cr–01252– TLW–1, 2012 WL 33211 (D.S.C. Jan. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*